**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., | Case No. 19-cv-03930 |
| Plaintiff, | **Judge Sara L. Ellis** |
| v. | **Magistrate Judge Jeffrey Cole** |
| ZHANGWAN525, et al., | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Lululemon

Athletica Canada Inc. ("Lululemon") hereby dismisses this action with prejudice against the

following Defendants:

| Defendant Name | Line No. |
|---|---|
| Guangzhou Kroad Clothing Co., ltd. | 46 |
| Guangzhou Kroad Clothing Co., ltd. | 47 |
| beautyangel store | 65 |

Dated this 16th day of August 2019.        Respectfully submitted,


/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Lululemon Athletica Canada Inc.*