IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> ZHANGWAN525, et al., <br><br> Defendants. | Case No. 19-cv-03930 <br><br> **Judge Sara L. Ellis** <br><br> **Magistrate Judge Jeffrey Cole** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August, 8 2019 [46], in favor of Plaintiff Lululemon Athletica Canada Inc. ("Lululemon") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollar ($500,000) per Defaulting Defendant, and Lululemon acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Yiwu Sungnan Import & Export Co., ltd. | 3 |
| Ybean | 9 |
| inwiki kimell store | 42 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 23rd day of August 2019.  Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Lululemon Athletica Canada Inc.*