# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZHANGWAN525, et al.,<br><br>Defendants. | Case No. 19-cv-03930<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Jeffrey Cole** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August, 8 2019 [46], in favor of Plaintiff Lululemon Athletica Canada Inc. ("Lululemon") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant, and Lululemon acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| lo li sportswear store | 38 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 13th day of September 2019.    Respectfully submitted,

/s/ Allyson M. Martin<br>
Amy C. Ziegler<br>
Justin R. Gaudio<br>
Allyson M. Martin<br>
Greer, Burns & Crain, Ltd.<br>
300 South Wacker Drive, Suite 2500<br>
Chicago, Illinois 60606<br>
312.360.0080 / 312.360.9315 (facsimile)<br>
aziegler@gbc.law<br>
jgaudio@gbc.law<br>
amartin@gbc.law

*Attorneys for Lululemon Athletica Canada Inc.*